IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO: 10-00584-CG-B |
| **An Amount of Funds up to but not to exceed $94,000.00, etc., et al.,** | * |
| Defendant. | * |

**FINAL JUDGMENT OF FORFEITURE**

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the above-named defendant, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

**DONE and ORDERED** this 6th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE